IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KYLE A. ASHE,                         *

        *Pro Se Plaintiff*,           *

        Case No. 1:25-cv-02619

    v.                              *

LINDA MCMAHON, *et al.*               *

        *Defendants*.              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action, including the Motion for Temporary Restraining Order and/or Preliminary Injunction, **without prejudice.**

Date: August 11, 2025

Respectfully Submitted

Kyle A. Ashe
27 Arverne Court
Lutherville-Timonium, MD 21093
410-627-1189
kylea.ashe@gmail.com
*Pro Se Plaintiff*