IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KYLE A. ASHE, *

    *Pro Se Plaintiff*, *

       Case No. 1:25-cv-02619

v. *

LINDA MCMAHON, *et al.* *

    *Defendants*. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPROVED** this 11th day of August, 2025. The complaint is **DISMISSED** without prejudice. The clerk is directed to **CLOSE** this case.

/s/
George L. Russell, III
Chief United States District Judge

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action, including the Motion for Temporary Restraining Order and/or Preliminary Injunction, **without prejudice.**

Date: August 11, 2025

Respectfully Submitted

Kyle A. Ashe
27 Arverne Court
Lutherville-Timonium, MD 21093
410-627-1189
kylea.ashe@gmail.com
*Pro Se Plaintiff*